UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**
January 15, 2013
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>MARCOS MIGUEL RODRIGUEZ- )<br>VILLANUEVA, )<br>)<br>_____ )<br>Defendant. | Case No. 3:13-MJ-00002-CMK<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>MARCOS MIGUEL RODRIGUEZ-VILLANUEVA</u>, Case No. <u>3:13-MJ-00002-CMK</u>, Charge <u>Title 21 §§ 841(a)(1); 846</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___   Release on Personal Recognizance

    ✔   Bail Posted in the Sum of $ <u>25,000 (co-signed)</u>

        ✔   Unsecured Appearance Bond

        ___   Appearance Bond with Surety

        ___   Corporate Surety Bail Bond

        ✔   (Other)   <u>With pretrial supervision and conditions of release as stated on the record in open court. Defendant to be released at 9:00 am to Pretrial Services.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>January 15, 2013</u> at <u>3:00</u> pm.

By _____
Dale A. Drozd
United States Magistrate Judge