BENJAMIN B. WAGNER
United States Attorney
JUSTIN L. LEE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 2:13-CR-00016-GEB |
| | ) |
|         Plaintiff, | ) STIPULATION AND ORDER VACATING |
| | ) DATE, CONTINUING CASE, |
|    v. | ) EXCLUDING TIME, and ORDERING |
| | ) PRE-PLEA REPORT |
| MARCOS MIGUEL RODRIGUEZ- | ) |
| VILLANUEVA and | ) Status:  April 12, 2013 |
| CARLOS ALEJANDRO MENDOZA- | ) Time:    9:00 a.m. |
| VILLANUEVA, | ) Judge: Hon. Garland E. Burrell |
| | ) |
|       Defendants. | ) |

## STIPULATION

The United States, by and through its undersigned counsel, and
the defendants, by and through their counsel of record, hereby
stipulate as follows:

1. On February 22, 2013, the parties first appeared before the
   Court for a Status Conference.  The matter was continued until
   April 12, 2013, to allow the defendants and their counsel to
   review discovery.

2. By this Stipulation, the defendants now move to continue the
   Status Conference until June 7, 2013, at 9:00 a.m. and to
   exclude time between the signing of this Order and June 7, 2013,

1  under Local Code T4.  The United States does not oppose this

2  request.

3. The parties agree and stipulate, and request that the Court find

4  the following:

5  a. The United States provided discovery to the defendants on

6  January 18, 2013, and February 22, 2013.

7  b. The United States and counsel for the defendants have

8  discussed the possibility of a plea in this case.

9  c. The United States and counsel for defendant Mendoza-

10  Villanueva have looked at the potential application of the

11  sentencing guidelines and determined that further plea

12  negotiations cannot proceed without an interpretation of

13  the applicable guideline provisions from Probation.

14  Accordingly, the United States and defendant Mendoza-

15  Villanueva request that the Court order Probation to

16  prepare a pre-plea report to determine that applicable

17  guideline range.  The parties request that the pre-plea

18  report be limited to the guideline determination and not

19  include an interview of defendant Mendoza-Villanueva.

20  d. Counsel for the defendants believe that failure to grant

21  the above-requested continuance would deny counsel the

22  reasonable time necessary for effective preparation, taking

23  into account the exercise of due diligence.

24  e. The United States does not object to this continuance.

25  f. Based on the above-stated findings, the ends of justice

26  served by continuing the case as requested outweigh the

27  interest of the public and the defendant in a trial within

28  the original date prescribed by the Speedy Trial Act.

g. For the purpose of computing time under the Speedy Trial
Act, 18 U.S.C. § 3161, within which trial must commence,
the time period of April 2, 2013, to June 7, 2013,
inclusive, is deemed excludable pursuant to 18 U.S.C. §
3161(h)(7)(A), (B)(iv) [Local Code T4] because it results
from a continuance granted by the Court at the defendants'
request on the basis of the Court's finding that the ends
of justice served by taking such action outweigh the best
interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding
that other provisions of the Speedy Trial Act dictate that
additional time periods are excludable from the period within
which a trial must commence.

**IT IS SO STIPULATED.**

DATED: April 2, 2013            /s/ Justin L. Lee
                               JUSTIN L. LEE
                               Assistant U.S. Attorney

DATED: April 2, 2013            /s/ Gilbert Roque
                               GILBERT ROQUE
                               Counsel for Marcos Rodriguez-Villanueva
                               (as authorized on April 2, 2013)

DATED: April 2, 2013            /s/ Preciliano Martinez
                               PRECILIANO MARTINEZ
                               Counsel for Carlos Mendoza-Villanueva
                               (as authorized on April 2, 2013)

    IT IS SO FOUND AND ORDERED.

**Date:  4/3/2013**


_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

Stipulation to Continue            3   United States v. Rodriguez-Villanueva