GILBERT A. ROQUE
Attorney at Law
California State Bar Number 074966
913 Court Street
Woodland, California 95695
(530) 666-1935

Attorney for MARCOS MIGUEL RODRIGUEZ-VILLANUEVA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>MARCOS MIGUEL RODRIGUEZ-VILLANUEVA,<br><br>    Defendant. | 2:13-cr-016-GEB<br><br>STIPULATION AND PROPOSED ORDER VACATING DATE, CONTINUING CASE AND EXCLUDING TIME<br><br>Date : 9/13/13<br>Time : 9:00 a.m.<br>Court : Hon. Garland E. Burrell, Jr. |

**IT IS HEREBY STIPULATED** by and among Plaintiff United States of America, through Assistant United States Attorney Justin L. Lee, and Defendant Marcos Miguel Rodríguez-Villanueva, through his counsel, Gilbert A. Roque, that the Status Conference scheduled for August 30, 2013, at 9:00 a.m., be vacated and the matter be continued to September 13, 2013, at 9:00 a.m., before the Honorable Garland E. Burrell, Jr..

This continuance is requested by the parties to complete negotiations for Defendant Marcos Miguel Rodríguez-Villanueva's change of plea.

It is anticipated that there will be a change of plea as to Marcos Miguel Rodríguez-Villanueva on September 13, 2013.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.* be tolled pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), Local Code T-4 (time to prepare), and that the ends of justice served in granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

**IT IS SO STIPULATED.**

Respectfully submitted,

DATED: August 27, 2013                    /s/ Gilbert A. Roque
GILBERT A. ROQUE, Attorney for
MARCOS MIGUEL RODRIGUEZ-VILLANUEVA,
Defendant

DATED: August 27, 2013                    /s/ Justin L. Lee
JUSTIN L. LEE
Assistant United States Attorney
Attorney for Plaintiff

## ORDER

The Court, having received, read and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties, the Court finds that the ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial, and orders that the time from the date of the parties' stipulation, August 27, 2013, up to and including the new Status Conference, September 13, 2013, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4 (reasonable time for defense counsel to prepare).

It is further ordered that the August 30, 2013, Status Conference is vacated, and shall be continued until September 13, 2013, at 9:00 a.m.

**IT IS SO ORDERED.**

**Dated:  August 27, 2013**

GARLAND E. BURRELL, JR.
Senior United States District Judge