BENJAMIN B. WAGNER
United States Attorney
JUSTIN L. LEE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 2:13-CR-00016-GEB |
|  | ) |
| Plaintiff, | ) STIPULATION AND ORDER RE: |
|  | ) SENTENCING AND REQUEST TO |
| v. | ) VACATE EVIDENTIARY HEARING |
|  | ) |
| MARCOS MIGUEL RODRIGUEZ-VILLANUEVA, | ) J&S:    February 21, 2014 |
|  | ) Time:   9:00 a.m. |
|  | ) Judge: Hon. Garland E. Burrell |
| Defendant. | ) |
|  | ) |
|  | ) |

## **STIPULATION**

The United States, by and through its undersigned counsel, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. On January 31, 2014, the parties appeared for Judgment and Sentencing and an evidentiary hearing.  At the request of the parties, the Court continued the matter until February 21, 2014. The Court requested that the parties advise the Court in advance as to whether an evidentiary hearing would still be necessary.

2. By this Stipulation, the parties now request that the Court vacate the evidentiary hearing currently scheduled for February

21, 2014.  The United States, the defendant, and the Probation Officer have agreed to amend the PSR and therefore the evidentiary hearing is no longer needed.

3. The parties agree and stipulate, and request that the Court modify the PSR as follows:

   a. On Page 5, Paragraph 10 of the PSR, strike the line that reads, "He was paid $400 by Mendoza-Villanueva to drive on this trip."

   b. On Page 6, Paragraph 19 of the PSR, strike the line that reads, "He was paid by his cousin to transport narcotics to Oregon."

4. The Probation Officer advised the parties that striking these two lines from the PSR will neither alter the estimated guideline range, nor will it change the recommended sentence of the Probation Officer.

**IT IS SO STIPULATED.**

DATED: February 7, 2014          /s/ Justin L. Lee
                                 JUSTIN L. LEE
                                 Assistant U.S. Attorney

DATED: February 7, 2014          /s/ Gilbert Roque
                                 GILBERT ROQUE
                                 Counsel for Marcos Rodriguez-Villanueva
                                 (as authorized on February 7, 2014)

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated:  February 10, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge