# UNITED STATES DISTRICT COURT
for the

EASTERN District of CALIFORNIA

| | |
|---|---|
| United States of America<br>.v.<br>CARLOS ALEJANDRO MENDOZA-VILLANUEVA<br><br>Date of Original Judgment: 1/10/14<br>Date of Previous Amended Judgment:<br>*(Use Date of Last Amended Judgment if Any)* | )<br>)<br>) Case No: 2:13CR00016-2<br>)<br>) USM No: 69633-097<br>)<br>) Lexi Negin<br>*Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED.   ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __90 months__ months **is reduced to** __87 months__ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated __01/21/2014__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 06/14/2017

Effective Date: 08/10/2017
*(if different from order date)*

Judge's signature

Garland E. Burrell, Jr. U.S. District Judge
*Printed name and title*

~~This page contains information that should not be filed in court unless under seal.~~
~~(Not for Public Disclosure)~~

DEFENDANT: CARLOS ALEJANDRO MENDOZA-VILLANUEVA
CASE NUMBER: 2:13CR00016-2
DISTRICT: Eastern District of California

## I. COURT DETERMINATION OF GUIDELINE RANGE *(Prior to Any Departures)*

Previous Total Offense Level: 31            Amended Total Offense Level: 29
Criminal History Category:   I              Criminal History Category:   I
Previous Guideline Range:    108 to 125 months    Amended Guideline Range: 87 to 108 months

## II. SENTENCE RELATIVE TO THE AMENDED GUIDELINE RANGE

☒ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a substantial assistance departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ The reduced sentence is above the amended guideline range.

## III. ADDITIONAL COMMENTS